## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS CAPPELLO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PA., et al.** | : | **NO. 02-5019** |

### O R D E R

AND NOW, this       day of July, 2002, plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on July 22, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2. The Clerk shall CLOSE this case statistically.

**BY THE COURT:**


**J. CURTIS JOYNER, J.**

---

[1]. Plaintiff must get a certified account statement from any prison in which he was incarcerated during the six-month period from January 22, 2002 to July 22, 2002. To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.

Case 2:02-cv-05019-JCJ   Document 2   Filed 07/26/2002   Page 2 of 2